**United States District Court**
**for the District of New Hampshire**

_____
                                      )
CALDERIA, LLC, GREGORY B. RICHARDS, and  )
VANDERBURGH HOUSE, LLC,                    )
      Plaintiffs,                                    )
                                      )
      v.                                     ) C.A. No. 24CV222-LM-TSM
                                      )
CITY OF CLAREMONT,                         )
      Defendant.                                  )
_____)

**JOINT STATEMENT REGARDING MEDIATION**

      Now come the Parties and report that they do not believe mediation would be productive in this case.

                                      Respectfully submitted,

                                      **For the Plaintiffs,**

                                      By Its Attorneys

                                      Law Offices of Andrew J. Tine

Dated:  June 12, 2025                   By:   */s/Andrew J. Tine*
                                      Andrew J. Tine, Esq. (NH Bar #19396)
                                      18 Maple Avenue, #267
                                      Barrington, RI  02806
                                      401-396-9002
                                      atine@tinelaw.com

**CITY OF CLAREMONT**

By Its Attorneys,

*/s/Michael J. Tierney*
Michael J. Tierney, Esq., NH Bar #17173
Morgan G. Tanafon, Esq., NH Bar #273632
95 Market Street
Manchester, NH 03101
603-669-4140
mtierney@wadleighlaw.com
mtanafon@wadleighlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this date via the Electronic Case Filing (ECF) system upon all parties and counsel of record.

Dated: June 12, 2025        By:    */s/Andrew J. Tine*
                                          Andrew J. Tine, Esq.